**Order entered January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00903-CV

### ALBERT LUTTERODT, Appellant

### V.

### DAVID J. POTTER AND JACKSON M. POTTER, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01182-D**

## ORDER

Appellant's opening brief in this appeal was due January 27, 2020, following two extensions. Rather than filing the brief, appellant has filed a motion to stay. Appellant explains he has been seeking an attorney to represent him in this appeal but has not been successful. He asks to be included in the Pro Bono Program or alternatively, for "a 10 day limited extension of time" to file his opening brief.

We note appellant indicated in his docketing statement that he wished to be considered for inclusion in the Pro Bono Program, and the Pro Bono Program was forwarded that information. Accordingly, we **GRANT** the motion to the extent we **ORDER** appellant's brief be filed no later than February 13, 2020. We caution appellant that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE